

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,416

**EX PARTE CHRISTOPHER REID TAYLOR, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 23621A IN THE 42ND DISTRICT COURT
## FROM TAYLOR COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to ten years' imprisonment.

Applicant contends that he was deprived his right to file an appeal. The trial court has signed findings of fact stating that Applicant was denied his right to file an appeal through miscommunication between Applicant and his trial counsel.

The trial court has recommended that Applicant be granted relief. We find, therefore, that

Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 23621A from the 42nd Judicial District Court of Taylor County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered:
Do Not Publish